Nellie MacAdam, appellee, v. John Bowen et al., appellants. Dorothy Smith et al., appellees. Herbert L. Bowen and John Bowen, appellants, v. Nellie MacAdam et al., appellees. Gen. No. 9,256.

Opinion filed January 21, 1938.
Jenkins & Kirkpatrick and Lee J. Quasey, for appellants. Thomas J. Welch, George W. Hunt, Martin E. O'Connor and Vera M. Binks, for appellees.
Mr. Justice Wolfe delivered the opinion of the court.

Arthur T. Saltzgiver, executor of estate of Frank Saltzgiver, deceased, appellant, v. William McGrath et al., appellees. Gen. No. 9,263.

Opinion filed January 21, 1938.
Luther B. Bratton, for appellant. Vernon G. Butz, for appellees.
Mr. Justice Wolfe delivered the opinion of the court.

Terry Lewis, appellee, v. Peter Niemann and Lester Niemann, appellants. Gen. No. 9,265.

Opinion filed January 21, 1938.
Albert H. Krusemark, for appellants. Pence B. Orr and Crow & Loeff, for appellee.
Mr. Justice Wolfe delivered the opinion of the court.

Oscar Nelson et al., appellants, v. Savings Bank of Kewanee et al. Charles D. Terry, appellee. Gen. No. 9,246.

Opinion filed February 15, 1938.
Edwin J. Faull, for certain appellants. Sturtz & Ewan, for certain other appellant; Katherine Luecke and James N. Cummings, of counsel. James H. Andrews, Gregg A. Young and Harper Andrews, for appellee.
Mr. Presiding Justice Dove delivered the opinion of the court.